No. 37 AND No. 39 ATTORNEY ST., INC., Appellant, *v.* JULIUS KIRSHBAUM, Respondent.

Submitted October 6, 1941; decided October 16, 1941.

*Hiram S. Gans* for motion.

*Arthur M. Becker*, opposed.

Motion granted and appeal dismissed.